**ANDREW JOHN CALCAGNO** (AC 3085)
Attorney At Law
404 Manor Road
Staten Island, New York 10314
(718) 815-0200

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN THE MATTER OF THE ARBITRATION | Case No: <u>07-cv-6479 (RJH)</u> |
| | ECF CASE |
| BETWEEN | |
| SUPREME OIL COMPANY, INC. | |
| Petitioner, | **RESPONDENTS'** |
| | **RULE 7.1 STATEMENT** |
| and | |
| UFCW LOCAL 174 COMMERCIAL HEALTH CARE FUND AND COMMERCIAL PENSION FUND, | |
| Respondent. | |

Pursuant to Rule 7.1 of the Local Rules of the U.S. District Court for the Southern and Eastern Districts of New York and to enable judges and magistrates judges of the court to evaluate possible disqualification or recusal, the undersigned counsel of record for a private (non-governmental) party certifies that the following are corporate parents, subsidiaries, or affiliates of said party which are publicly held.

**NONE.**

**DATE:**   08/21/07                              /S/
                                                                **ANDREW JOHN CALCAGNO**