UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN THE MATTER OF THE ARBITRATION : | Case No: 07-cv-6479 (RJH) |
| : | ECF CASE |
| BETWEEN : | |
| : | |
| SUPREME OIL COMPANY, INC. : | |
| : | |
| Petitioner,    : | **NOTICE OF APPEARANCE** |
| : | |
| and    : | |
| : | |
| UFCW LOCAL 174 COMMERCIAL HEALTH   : | |
| CARE FUND AND COMMERCIAL PENSION   : | |
| FUND,    : | |
| : | |
| Respondent.    : | |

To the Clerk of this court and all parties of record:

    Enter my appearance as counsel in this case for Respondents, UFCW Local 174 Commercial Health Care Fund and Commercial Pension Fund.

    I certify that I am admitted to practice in this court.

**DATE:**   08/21/07                                       /S/
                                                        ANDREW JOHN CALCAGNO (AC3085)
                                                        CALCAGNO & ASSOCIATES
                                                        ATTORNEYS AT LAW, LLC
                                                        Attorneys for Respondents

*Main Office*
213 South Avenue East
Cranford, New Jersey 07016
(908) 272-7300

*Satellite Office*
404 Manor Road
Staten Island, New York 10314
(718) 815-0200