**ANDREW JOHN CALCAGNO** (AC 3085)
Attorney At Law
404 Manor Road
Staten Island, New York 10314
(718) 815-0200

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

| | |
|---|---|
| IN THE MATTER OF THE ARBITRATION : | Case No: <u>07-cv-6479 (RJH)</u> |
| : | ECF CASE |
| BETWEEN : | |
| : | |
| SUPREME OIL COMPANY, INC. : | |
| : | |
| Petitioner, : | **AFFIDAVIT OF SERVICE** |
| : | |
| and : | |
| : | |
| UFCW LOCAL 174 COMMERCIAL HEALTH : | |
| CARE FUND AND COMMERCIAL PENSION : | |
| FUND, : | |
| : | |
| Respondent. : | |

---

STATE OF NEW JERSEY )
                             ) ss.:
COUNTY OF UNION     )

      NICOLE E. MANEY, being duly sworn, deposes and says:

1.     I am an employee of the law firm of Calcagno & Associates Attorneys at Law, LLC, attorneys for the Respondents, UFCW Local 174 Commercial Health Care Fund and Commercial Pension Fund, in the above-entitled action.

2.     On August 21, 2007, I caused this Affidavit along with Respondents' Response to Petitioner's Application to Vacate the Arbitration Award, Affidavit of Andrew John Calcagno in Response to Petitioner's Application to Vacate the Arbitration Award, and Memorandum of Law with exhibits in Response to Petitioner's Application to Vacate the

Arbitration Award to be timely delivered to The Honorable Richard J. Holwell, U.S.D.J. via Federal Express 2-Day.

3. On August 21, 2007, I caused this Affidavit along with Respondents' Response to Petitioner's Application to Vacate the Arbitration Award, Affidavit of Andrew John Calcagno in Response to Petitioner's Application to Vacate the Arbitration Award, and Memorandum of Law with exhibits in Response to Petitioner's Application to Vacate the Arbitration Award to be timely delivered via ECF to counsel for the Petitioner, Supreme Oil Company, Inc., as follows:

Starr, Gern, Davidson & Rubin, P.C.
Attn: Jonathan J. Lerner, Esq.
105 Eisenhower Parkway
Roseland, NJ 07068
Fax: (973) 226-0031

4. I hereby certify that the foregoing statements made by me are true. I am aware that if any of the foregoing statements made are willfully false, I am subject to punishment.

Dated: August 21, 2007

_____
NICOLE E. MANEY

Sworn and subscribed to before me
this 21st day of August, 200_

_____
Notary Public
MY COMMISSION EXPIRES
MAY 25, 2009