USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 11/2/07

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

SUPREME OIL COMPANY, INC.

        Petitioner,

-against-

UFCW LOCAL 174 COMMERCIAL HEALTH CARE FUND AND COMMERCIAL PENSION FUND,

        Respondent.

07 Civ. 06479 (RJH)

**ORDER**

---

RICHARD ABONDOLO, as Chairman of the Board of Trustees of UFCW LOCAL 174 COMMERCIAL HEALTH CARE FUND, as Chairman of the Board of Trustees of UFCW LOCAL 174 COMMERCIAL PENSION FUND

        Petitioner,

-against-

SUPREME OIL COMPANY, INCORPORATED a/k/a SUPREME OIL COMPANY, INC.

        Respondent.

07 Civ. 06537 (RJH)

---

It is hereby ordered that the two above-captioned actions be consolidated for pre-trial purposes only under the earlier-filed docket number pursuant to Rule 42(a) of the Federal Rules of Civil Procedure. *See Devlin v. Transportation Communications Intern. Union*, 175 F.3d 121,

130 (2d Cir. 1999) ("A district court can consolidate related cases under [Rule 42(a)] *sua sponte*.").

SO ORDERED.

Dated: New York, New York
       October 30, 2007

_____
Richard J. Holwell
United States District Judge

2