UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------x

SUPREME OIL COMPANY, et al  :  07 Civ. 06479 ( RJH )
: 07 Civ. 06537 ( RJH )
Plaintiff,  :

-against-  :  **ORDER**

:

UFCW LOCAL 174 COMMERCIAL  :
HEALTH CARE FUND
:

Defendant.  :

:

------------------------------------------------------------x

A telephonic pretrial conference shall be held on November 14, 2005, at 10:30 a.m..

The plaintiff shall initiate the call to the Chambers of the Honorable Richard J. Holwell.

The Chambers telephone number is (212) 805- 0256.

Dated: New York, New York
November 08, 2007
SO ORDERED:

_____
Richard J. Holwell
United States District Judge