```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 11/21/07
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
SUPREME OIL Co., Inc, et al,

                 Plaintiffs,

  - against -

UFCW LOCAL 174 COMMERCIAL HEALTH
CARE FUND and COMMERCIAL PENSION
FUND,

                 Defendants.
------------------------------------------------------------X

07 Civ. 06479 ( RJH )
07 Civ. 06537 ( RJH )

**ORDER**

        On November 19, 2007, a telephonic conference was held in this matter before the Honorable Richard J. Holwell, United States District Court for the Southern District of New York. Present before the Court were all parties represented by their attorneys. The Court entered the following Order:

1. Petitioner to file motion to vacate arbitration award by January 14, 2008.

2. Respondent to file opposition papers and cross - motion to confirm award by February 11, 2008.

3. Parties to file any opposition or reply papers by February 25, 2008.

SO ORDERED :
Date: New York, New York:
November 20, 2007

                                              Richard J. Holwell
                                              United States District Judge