# ARBITRATOR'S BILL

### This bill is submitted on behalf of the Arbitrator

**Arbitrator:**        William F. Clarke
                       29510 Prestwick Court
                       Dagsboro, DE 19939

**Reference:**         Supreme Oil, Inc.
                       Delinquent Payment to the UFCW Local 174 Commercial Health Care
                       Fund and Commercial Pension Fund

---

**EMPLOYER:**          Supreme Oil Company
                       80 South Dean Street
                       Englewood, NJ 07631

---

## TO BE COMPLETED BY THE ARBITRATOR

ARBITRATOR COMPENSATION

Number of hearing days        __4__ @ $__800.00__ = $    **3200.00**

Hearing dates: **October 26, 2006, March 21, 2007, April 26, 2007, and May 16, 2007**

Study & preparation days        _____ @ $_____ = $ _____
Study & preparation dates: _____
Other (Specify) **One Full Day Preparing Award**_____ _____ @ $_____ = $  **800.00**
                                                              FEE:    $   **4000.00**
ARBITRATOR EXPENSES
                     Transportation        $_____
                     Hotel                 $_____
                     Meals                 $_____
                     Other  (specify)      $_____        Expenses $_____
                                                              TOTAL $   **4000.00**
          **PAYABLE BY EMPLOYER**          $   **4000.00**

Arbitrator Signature: _William F. Clarke_____ Date: June 13, 2007___

Social Security Number   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_____