# Andrew John Calcagno, Esq.

CALCAGNO & ASSOCIATES ATTORNEYS AT LAW, LLC
213 South Avenue East
Cranford, NJ  07016

Invoice submitted to:
UFCW LOCAL 174 AFFILIATED TRUST FD
540 WEST 48TH STREET
NEW YORK NY 10036

February 11, 2008

In Reference To: Local 174 v. Supreme Oil

Invoice #3030

Professional Services

|  |  | Hrs/Rate |
|---|---|---|
| 7/13/2007 AJC | Litigation<br>AJC/NEM: Corporate and Internet Searches | 0.50<br>375.00/hr |
| AJC | Litigation<br>AJC/NEM: Review Arbitration Award; Draft Petition to Confirm Arbitration | 3.00<br>375.00/hr |
| 7/17/2007 AJC | Litigation<br>AJC/NEM: Finalize Petition; copy Petition; send to Court via FedEx - 3day | 1.00<br>375.00/hr |
| 7/19/2007 AJC | Litigation<br>Reviewed defendant's Motion to Vacate Arbitration Award; research re: timeliness of filing to vacate Award. | 1.50<br>375.00/hr |
| AJC | Litigation<br>AJC/NEM: Research re: 9 USC 9, et al. | 0.60<br>375.00/hr |
| 7/20/2007 AJC | Litigation<br>AJC/NEM: Research re: 9 USC 9 and 10; pull caselaw in Supreme Oil brief & summarize | 2.00<br>375.00/hr |
| 7/24/2007 AJC | Litigation<br>AJC/NEM: Convert Complaint and Rule 7.1 Statement; email to Clerk to place on ECF Docket | 0.50<br>375.00/hr |
| AJC | Litigation<br>Reviewing Opp.'s brief and CBA, researching 9 USC 9-10 and finding caselaw interpreting same, outlining and beginning first draft of Local 174's response brief. | 4.50<br>375.00/hr |

UFCW LOCAL 174 AFFILIATED TRUST FD

Page    2

|  |  | Hrs/Rate |
|---|---|---|
| 7/25/2007 AJC | A102 Research<br>Continue drafting legal argument in opposition, review Supreme Court case law on Federal Court review of arbitrator decisions in labor disputes and local court rules for filing papers. | 2.50<br>375.00/hr |
| 7/26/2007 AJC | Litigation<br>AJC/NEM: Draft Notice of Suit and Waiver; draft letter to attorney for Supreme Oil | 0.50<br>375.00/hr |
| 7/31/2007 AJC | Litigation<br>AJC/NEM: Draft letter to adversary w/copy of Order | 0.10<br>375.00/hr |
| 8/14/2007 AJC | Litigation<br>Draft certification in support of reponse and opposition to Supreme Oil application | 1.00<br>375.00/hr |
| AJC | Litigation<br>AJC/NEM: Revise brief in opposition to Supreme Oil application; draft brief in support of Petition | 5.00<br>375.00/hr |
| 8/15/2007 AJC | Litigation<br>Revise Response, affirmation of AJC, and Brief | 6.00<br>375.00/hr |
| 8/16/2007 AJC | Litigation<br>AJC/NEM: Reviewed/Revised response, affirmation and brief | 3.50<br>375.00/hr |
| 8/21/2007 AJC | Litigation<br>AJC/NEM: Research re: attorney's fees, finalize Response, Affidavit of AJC and Brief; file and serve on adversary; courtesy copies to Judge | 5.00<br>375.00/hr |
| AJC | Litigation<br>AJC/NEM: Draft leter to adversary w/copy of Reassignment Notice; send via fax and first class mail | 0.50<br>375.00/hr |
| 10/8/2007 AJC | Litigation<br>AJC/NEM: Draft/Revise Scheduling Order | 1.50<br>375.00/hr |
| 10/9/2007 AJC | Litigation<br>AJC/NEM: Conversation with adversary re: adjourn Conference; draft letter to Judge re: same; send via fax | 0.40<br>375.00/hr |

UFCW LOCAL 174 AFFILIATED TRUST FD                                                          Page    3

|  |  |  | Hrs/Rate |
|---|---|---|---|
| 10/17/2007 AJC | Litigation<br>AJC/NEM: Revise Scheduling Order |  | 0.30<br>375.00/hr |
| 10/19/2007 AJC | Litigation<br>AJC/NEM: Revise Scheduling Order |  | 0.20<br>375.00/hr |
| 11/19/2007 AJC | Litigation<br>Conference with John Lehrer, Ken Bellani and Judge Howell re: Case Management Order;<br>conference with  John Lerner re: same. |  | 1.00<br>375.00/hr |
| 1/18/2008 AJC | Litigation<br>AJC/NEM: Draft response to adversary's letter |  | 0.50<br>375.00/hr |
| 2/5/2008 AJC | Litigation<br>AJC/NEM: Draft Brief; research in connection with same |  | 4.00<br>375.00/hr |
| 2/8/2008 AJC | Litigation<br>AJC/NEM: Continue draft Brief |  | 1.50<br>375.00/hr |
| 2/11/2008 AJC | Litigation<br>AJC/NEM: Finalize Brief; draft Affirmation; draft affidavit of service; file and serve via ECF;<br>courtesy copies to Judge |  | 7.00<br>375.00/hr |

|  | | | |
|---|---|---|---|
| **For professional services rendered** |  | **54.10** | **$20,287.50** |

Additional Charges :

|  |  |  | Qty/Price |
|---|---|---|---|
| 7/17/2007 AJC | E130 Filing Fee<br>Filing Fee - Petition |  | 1<br>350.00 |
| 2/11/2008 AJC | E108 Postage<br>Postage from inception until 2/11/08 |  | 1<br>0.41 |
| AJC | E125 Federal Express<br>Federal Express from inception to 2/11/08 |  | 4<br>15.50 |

UFCW LOCAL 174 AFFILIATED TRUST FD                                                Page     4

|  |  | Qty/Price |
|---|---|---|
| 2/11/2008 AJC | E126 Lawyers Service | 1 |
|  | Lawyers Service from inception to 2/11/08 | 15.50 |

**Total additional charges**                                                        **$427.91**

**Total amount of this bill**                                                       **$20,715.41**

**Previous balance**                                                                **$19,425.00**

Balance due                                                                         $40,140.41

| Current | 30 Days | 60 Days | 90 Days | 120 Days |
|---|---|---|---|---|
| 20,715.41 | 0.00 | 0.00 | 0.00 | 19,425.00 |