UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN THE MATTER OF THE ARBITRATION | Case No. 07-cv-6479 (RJH)(JCF) |
| | ECF CASE |
| BETWEEN | |
| SUPREME OIL COMPANY, INC. | |
| Petitioner, | |
| and | |
| UFCW LOCAL 174 COMMERCIAL HEALTH CARE FUND AND COMMERCIAL PENSION FUND, | |
| Respondents. | |
| RICHARD ABONDOLO, as Chairman of the Board of Trustees of UFCW LOCAL 174 COMMERCIAL HEALTH CARE FUND and RICHARD ABONDOLO, as Chairman of the Board of Trustees of UFCW LOCAL 174 COMMERCIAL PENSION FUND, | Case No. 07-cv-6537 (RJH)(JCF) |
| | ECF CASE |
| Petitioners, | **STATEMENT OF AMOUNT DUE** |
| -against- | |
| SUPREME OIL COMPANY, INCORPORATED a/k/a SUPREME OIL COMPANY, INC., | |
| Respondent. | |

Arbitration Award (Principal - $294,665.00 + Liquidated Damages - $58,933.00 + Interest up to June 13, 2007 - $26,519.85 + attorneys' fees up to June 7, 2007 - $19,425.00) ......……………………………………………  $399,542.85

Interest at __9__ % from June 13, 2007 through February 25, 2008 (294,665 x .09/365 = $72,66 x 258 days)...............……………………………  $ 18,746.28

Arbitrator's fees in connection with the Arbitration ……………………………  $ 4,000.00

1

2

Attorneys' Fees, costs and disbursements up to February 11, 2008 in connection with enforcing the Arbitration Award and defending the action filed by Supreme Oil (see Exhibit F to the Funds' Brief)………………………….    $ 20,715.41

**Total (as of February 11, 2008)…………………………………………………**    **$443,004.54**