UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN THE MATTER OF THE ARBITRATION<br><br>BETWEEN<br><br>SUPREME OIL COMPANY, INC.<br><br>　　　　Petitioner,<br><br>and<br><br>UFCW LOCAL 174 COMMERCIAL HEALTH CARE FUND AND COMMERCIAL PENSION FUND,<br><br>　　　　Respondents. | Case No. 07-cv-6479 (RJH)(JCF)<br>ECF CASE |
| RICHARD ABONDOLO, as Chairman of the Board of Trustees of UFCW LOCAL 174 COMMERCIAL HEALTH CARE FUND and RICHARD ABONDOLO, as Chairman of the Board of Trustees of UFCW LOCAL 174 COMMERCIAL PENSION FUND,<br><br>　　　　Petitioners,<br><br>　　　　-against-<br><br>SUPREME OIL COMPANY, INCORPORATED a/k/a SUPREME OIL COMPANY, INC.,<br><br>　　　　Respondent. | Case No. 07-cv-6537 (RJH)(JCF)<br>ECF CASE<br><br>**AFFIDAVIT OF SERVICE** |

STATE OF NEW JERSEY　)
　　　　　　　　　　　) ss.:
COUNTY OF UNION　　　)

NICOLE E. MANEY, being duly sworn, deposes and says:

1.　I am an employee of the law firm of Calcagno & Associates Attorneys at Law, LLC, attorneys for United Food & Commercial Workers, AFL-CIO Local 174 Commercial Health Care Fund and the Local 174 Commercial Pension Fund, RICHARD

-2-

ABONDOLO, as Chairman of the Board of Trustees of UFCW LOCAL 174 COMMERCIAL HEALTH CARE FUND and RICHARD ABONDOLO, as Chairman of the Board of Trustees of UFCW LOCAL 174 COMMERCIAL PENSION FUND (collectively hereinafter referred to as the "Funds") in the above-entitled actions.

2. On February 11, 2008, I caused two (2) courtesy copies of this Affidavit along with the Funds' Notice of Cross-Motion, Brief in Opposition to Supreme Oil Company, Inc. and Supreme Oil Company, Incorporated a/k/a Supreme Oil Company, Inc.'s (collectively hereinafter referred to as "Supreme Oil") Application to Vacate the Arbitration Award and in Support of the Funds' Cross-Motion to Confirm the Arbitration Award, Affirmation of Andrew John Calcagno with exhibit, and Brief with exhibits to be timely delivered to The Honorable Richard J. Holwell, U.S.D.J. via ECF and on February 12, 2008 via Federal Express.

3. On February 11, 2008, I caused this Affidavit along with the Funds' Notice of Cross-Motion, Brief in Opposition to Supreme Oil Company, Inc. and Supreme Oil Company, Incorporated a/k/a Supreme Oil Company, Inc.'s (collectively hereinafter referred to as "Supreme Oil") Application to Vacate the Arbitration Award and in Support of the Funds' Cross-Motion to Confirm the Arbitration Award, Affirmation of Andrew John Calcagno with exhibit, and Brief with exhibits to be timely delivered via ECF to counsel for the Supreme Oil as follows:

Starr, Gern, Davidson & Rubin, P.C.
Attn: Jonathan J. Lerner, Esq.
105 Eisenhower Parkway
Roseland, NJ 07068

4. I hereby certify that the foregoing statements made by me are true. I am aware that if any of the foregoing statements made are willfully false, I am subject to punishment.

Dated: February 11, 2008

_____
NICOLE E. MANEY

Sworn and subscribed to before me

this 11th day of February, 2008

_____
Notary Public

ANDREW J. CALCAGNO
NOTARY PUBLIC, STATE OF NEW JERSEY
ID # 2235943
COMMISSION EXPIRES 12/23/2007