# STARR, GERN, DAVISON & RUBIN
A PROFESSIONAL CORPORATION

COUNSELLORS AT LAW

105 EISENHOWER PARKWAY
SUITE 401
ROSELAND, NEW JERSEY 07068-1640
TEL (973) 403-9200
FAX (973) 364-1403
WWW.STARRGERN.COM

NEW YORK OFFICE
530 FIFTH AVENUE
9TH FLOOR
NEW YORK, N.Y. 10036
(212) 342-7498

E-mail: jlerner@starrgern.com

EDWIN S. RUBIN
RONALD L. DAVISON
AMOS GERN*†
IRA M. STARR²
JONATHAN J. LERNER*^
HARLAN L. COHEN*
NICHOLAS STEVENS°^
JEFFREY A. RIZIKA
STEPHEN R. URBINATO°
JOHN J. RATKOWITZ
ALLAN R. MORDKOFF›
KELLIANNE E. GREENWOOD*›
JAMES A. MESZAROS
ROBERT L. PITKOFSKY~
JEFFREY E. GRABELLE
RICHARD T. WELCH*
ANGELA CERVELLI BENNETT

COUNSEL TO THE FIRM
LARRY M. COLE

OF COUNSEL
DOMENIC D. TOTO*

* MEMBER NY & NJ BAR
° MEMBER NJ & DC BAR
› MEMBER NJ & CT BAR
~ MEMBER NJ & PA BAR
^ MEMBER NY BAR
† CERTIFIED BY THE
  SUPREME COURT OF
  NEW JERSEY AS A
  CIVIL TRIAL ATTORNEY
² N.J.C.R. 1:40
  QUALIFIED MEDIATOR

**Please Reply to Roseland**

February 21, 2008

Via Fax: 212.805.7948
Honorable Richard J. Holwell
United States District Court
Southern District of New York
40 Foley Square
New York, NY 10007

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3/11/08


RECEIVED
FEB 21 2008
CHAMBERS OF
RICHARD J. HOLWELL

Re:  **Supreme Oil Company, Inc.
vs. UFCW Local 174 Commercial Health Care Fund, et al.
Civil Action No. 07 Civ. 6479 (RJH)**

Dear Judge Holwell:

We are attorneys for petitioner, Supreme Oil Company, Inc. ("Supreme Oil") in this matter.

Confirming my telephone conversation with Your Honor's law clerk this afternoon, we request a one-week extension of time in which to file reply papers, which are currently due by February 25, 2008. We are requesting a new deadline of March 3, 2008. I have requested the consent of respondent's counsel, but have yet to hear back from him. I do not anticipate a problem obtaining consent, however, I may not hear back by the end of today and, due to the inclement weather expected tomorrow, may not hear back until Monday.

As Your Honor may recall, this matter involves a petition to vacate an arbitration award and a cross-petition to confirm the award. When the deadlines were initially set by the Court, we contemplated that the parties would rely upon their initial petitions and supporting papers. Upon review of respondent's papers, we have determined to submit a more substantive reply. As there are no discovery proceedings ongoing in this matter, we do not anticipate that the additional time

February 21, 2008
Page 2

will prejudice respondent. As indicated above, I would expect that respondent's counsel will consent to the extension in any event.

    We thank Your Honor for the Court's consideration of the above request.

Respectfully yours,

Jonathan J. Lerner

JJL/lc
cc:    Andrew J. Calcagno, Esq. (via fax and mail, 908.272.5577)
        Supreme Oil Company, Inc.

*Application Granted*
*SO ORDERED*

*USDJ*
*3/4/08*