UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5/28/08
```

---

SUPREME OIL COMPANY, INC.

        Petitioner,

-against-

UFCW LOCAL 174 COMMERCIAL HEALTH CARE FUND AND COMMERCIAL PENSION FUND,

        Respondent.

07 Civ. 06479 (RJH)

**ORDER**

---

RICHARD ABONDOLO, as Chairman of the Board of Trustees of UFCW LOCAL 174 COMMERCIAL HEALTH CARE FUND, as Chairman of the Board of Trustees of UFCW LOCAL 174 COMMERCIAL PENSION FUND

        Petitioner,

-against-

SUPREME OIL COMPANY, INCORPORATED a/k/a SUPREME OIL COMPANY, INC.

        Respondent.

07 Civ. 06537 (RJH)

---

The parties are directed to appear for argument on the pending motions on June 9, 2008, at 10:00 a.m. in the courtroom of the Honorable Richard J. Holwell, Courtroom 17B, 500 Pearl Street, New York, New York 10007.

SO ORDERED.

Dated: New York, New York
       May 21, 2008

Richard J. Holwell
United States District Judge